THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| E-LINK PLASTIC & METAL INDUSTRIAL CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE ENTITIES AND INDIVIDUALS IDENTIFIED IN ANNEX A <br><br> Defendants. | Civil Case No.: 24-cv-07494 |

### DEFENDANT MERICARGO'S
### MOTION TO DISSOLVE THE PRELIMINARY INJUNCTION

Defendant MERICARGO (the "Moving Defendant"), hereby moves this Honorable Court to dissolve the Preliminary Injunction [Dkt. No. 54]. In support of their Motion, Defendant herewith submits a Memorandum of Law with Exhibits.

DATED November 13, 2024.                                Respectfully submitted,

/s/ *Jeffrey E. Schiller*
Jeffrey E. Schiller

Grogan, Tuccillo & Vanderleeden, LLP
35 East Wacker Drive, Suite 650
Chicago, IL 60601
(312)-546-5066
(413)-733-4543 Fax
schiller@gtv-ip.com
gtvsec@gtv-ip.com

*Counsel for Defendant MERICARGO*

1

**CERTIFICATE OF SERVICE**

I certify that on November 13, 2024, I caused a copy of the above, DEFENDANT MERICARGO's MOTION TO DISSOLVE THE PRELIMINARY INJUNCTION of same to be served on the Plaintiff by the following means:

☒ With the Clerk of Court using CM/ECF United States District Court –Northern District of Illinois Eastern Division which will send notification of such filing to Plaintiff.

☐ Personal service.

☐ Having copies deposited in a United States Post Office box in sealed Envelopes, proper postage prepaid, on _____.

☐ Overnight delivery to the address listed above.

☐ Via email transmission.

/s/Jeffrey E. Schiller